

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00257-CR

Robert Lane **MARSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0761
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, our opinion and judgment of May 1, 2013, is WITHDRAWN, and this appeal is DISMISSED.

SIGNED November 12, 2014

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice